UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELEKALANI SCHEEL,<br><br>        Plaintiff,<br><br>v.<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA,<br><br>        Defendant. | Case No. 21-cv-09249-VC<br><br>**ORDER OF DISMISSAL** |

The Court has been advised that the parties have settled. Dkt. No. 25. Therefore, the case is dismissed without prejudice. All deadlines and hearings in the case are vacated. Any pending motions are moot.

The parties retain the right to reopen this action within 60 days of this Order if the settlement is not consummated. If a request to reinstate the case is not filed and served on opposing counsel within 60 days, the dismissal will be with prejudice.

**IT IS SO ORDERED.**

Dated: August 19, 2022

                                          VINCE CHHABRIA
                                          United States District Judge